IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-02123 |
| HUNTING TITAN, INC., | § § | |
| Defendant. | § § § | JURY TRIAL DEMANDED |

## ORDER GRANTING HUNTING TITAN'S
## MOTION FOR ISSUANCE OF LETTER OF REQUEST

On this day the Court considered the Motion for Issuance of a Letter of Request (the "Motion") filed by Defendant, Hunting Titan, Inc. ("Hunting Titan"). The Court allowed Plaintiffs DynaEnergetics Europe GMBH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") to make any objections they had to the relief being sought. After considering the Motion, as well as the pleadings, exhibits, responses, other motion practice, arguments of counsel, if any, and any other evidence before the Court, the Court **GRANTS** the Motion in its entirety.

It is, therefore, ORDERED that the Letter of Request attached to the Motion as **Exhibit A** shall be issued, as follows:

1. The Court directs the Clerk of this Court to (i) enter the Letter of Request on the electronic docket, (ii) place the Court's official seal upon the signed Letter of Request, and (iii) permit counsel for Hunting Titan to pick up the sealed Letter of Request;

2. Counsel for Hunting Titan shall then transmit the signed and sealed Letter of Request to the appropriate foreign authority through the proper diplomatic channels;

3. Any documentation received by the Court pursuant to the Letter of Request shall be entered on the electronic docket or in any other manner the Court finds appropriate, in order to document the execution of the Letter of Request.

It is, further, ORDERED that the deposition testimony obtained in Canada pursuant to the attached Letter of Request shall be valid and admissible in these proceedings pursuant and subject to the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

SIGNED this _____ day of _____, 2021.

_____
JUDGE PRESIDING