**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HUNTING TITAN, INC., <br><br> Defendant. | Civil Action No: 4:20-cv-02123 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") and Defendant Hunting Titan, Inc. ("Hunting Titan") file this Joint Motion to Modify the Scheduling Order to extend the discovery deadline on all issues in order to accommodate scheduling remaining depositions in light of the relevant witnesses' availability. The Parties do not request any subsequent deadlines, including Court deadlines, be extended.

**Current Schedule (Dkt. 100, No. 22):**

- January 25, 2022: Discovery Deadline on all issues

**Modified Schedule:**

- January 28, 2022: Discovery Deadline on all issues

Dated: January 13, 2022

_/s/ Barry J. Herman_

WOMBLE BOND DICKINSON (US) LLP
Barry J. Herman (*pro hac vice*)
Attorney-in-Charge
Maryland Federal Bar No. 26061
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Telephone: (410) 545-5802
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
John G. Perry (*pro hac vice*)
Georgia Bar No. 141609
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Christine.Dupriest@wbd-us.com
Email: John.Perry@wbd-us.com

Ana J. Friedman (*pro hac vice*)
North Carolina Bar No. 53117
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 747-6622
Email: Ana.Friedman@wbd-us.com

MOYLES IP, LLC
Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

Respectfully submitted,

_/s/ Charles S. Baker_ (signed w/permission)

LOCKE LORD LLP
Charles S. Baker
Attorney-in-Charge
Texas State Bar No. 01566200
Southern District No. 024496
cbaker@lockelord.com
Steven S. Boyd
Texas State Bar No. 24001775
Southern District No. 22772
sboyd@lockelord.com
Daniel G. Nguyen
Texas State Bar No. 24025560
Southern District No. 840977
dnguyen@lockelord.com
Ryan E. Dornberger
Texas State Bar No. 24121388
Southern District No. 3311762
ryan.dornberger@lockelord.com
600 Travis St., Suite 2800
Houston, Texas 77002
(713) 226-1200 Telephone
(214) 223-3717 Facsimile

Jason A. Saunders
Texas Bar No.: 24042406
Federal ID No.: 557143
jsaunders@arnold-iplaw.com
ARNOLD & SAUNDERS, LLP
1334 Brittmoore Rd., Suite B
Houston, Texas 77043
Telephone: (713) 972-1150
Facsimile: (832) 213-1039
Gordon T. Arnold
Texas Bar No.: 01342410
Federal ID No.: 2483
garnold@arnold-iplaw.com
Christopher P. McKeon
Texas Bar No.: 24068904
Federal ID No.: 1162839
cmckeon@arnold-iplaw.com

*Attorneys for Hunting Titan, Inc.*

2

RUSTY HARDIN & ASSOCIATES, LLP
Megan C. Moore
Federal Bar No. 963966
Texas Bar No. 24054322
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Email: mmoore@rustyhardin.com

*Attorneys for DynaEnergetics Europe GmbH and*
*DynaEnergetics US, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record through the Court's CM/ECF service on this 13th day of

January, 2021.

  _/s/Megan C. Moore_____
Megan C. Moore