IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> HUNTING TITAN, INC., <br><br>   Defendant. | ) ) ) ) ) ) Civil Action No: 4:20-cv-02123 ) ) JURY TRIAL DEMANDED ) ) ) ) |

### DECLARATION OF RYAN E. DORNBERGER IN SUPPORT OF DEFENDANT HUNTING TITAN, INC.'S MOTION FOR LEAVE TO AMEND

I, Ryan E. Dornberger, having personal knowledge of the facts stated herein, state as follows:

1. I am one of the attorneys representing Defendant Hunting Titan, Inc. ("Hunting Titan"). I submit this Declaration in support of Hunting Titan's Motion for Leave to Amend its Answer and Counterclaims to Assert an Additional Inequitable Conduct Defense.

2. Attached as **Exhibit 1** is a true and correct excerpt of the Deposition Transcript of Thilo Scharf, dated December 22, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of Exhibit 290 to the March 1, 2022 Deposition of Thilo Scharf (DYNA_00218851).

4. Attached as **Exhibit 3** is a true and correct excerpt of the Deposition Transcript of Thilo Scharf, dated March 1, 2022.

5. Attached as **Exhibit 4** is a true and correct copy of Exhibit 12 to the December 21, 2021 Deposition of Liam McNelis (DYNA_00003277).

1

6. Attached as **Exhibit 5** is a true and correct copy of Exhibit 301 to the March 3, 2022 Deposition of Liam McNelis (DYNA_00218620).

7. Attached as **Exhibit 6** is a true and correct copy of Exhibit 300 to the March 3, 2022 Deposition of Liam McNelis (DYNA_00218665).

8. Attached as **Exhibit 7** is a true and correct excerpt of the Deposition Transcript of Frank Preiss, dated March 8, 2022.

9. Attached as **Exhibit 8** is a true and correct excerpt of the prosecution history for the '938 Patent.

10. Attached as **Exhibit 9** is a true and correct copy of a letter from Barry Herman dated January 25, 2022.

11. Attached as **Exhibit 10** is a true and correct copy of a letter from Barry Herman dated February 11, 2022.

12. Attached as **Exhibit 11** is a true and correct copy of an e-mail from Preston Heard dated February 28, 2022.

13. Attached as **Exhibit 12** is a true and correct copy of a letter from Charles Baker dated January 19, 2022.

14. Attached as **Exhibit 13** is a true and correct copy of Exhibit 27 to the December 22, 2021 deposition of Thilo Scharf DYNA_00206766).

15. Attached as **Exhibit 14** is a true and correct copy of Exhibit 293 to the March 1, 2022 deposition of Thilo Scharf (DYNA_00217625).

16. Attached as **Exhibit 15** is a true and correct copy of Exhibit 289 to the March 1, 2022 deposition of Thilo Scharf (DYNA_00218849).

17.     Attached as **Exhibit 16** is a true and correct copy of a letter from Barry Herman dated January 28, 2022.

18.     Attached as **Exhibit 17** is a true and correct copy of Hunting Titan's proposed amended answer and counterclaims.

19.     Attached as **Exhibit 18** is a true and correct copy of the track change version of Hunting Titan's proposed amended answer and counterclaims.

20.     Attached as **Exhibit 19** is a true and correct copy of Contour IP Holding, LLC v. GoPro, Inc., No. 3:17-cv-04738, 2021 WL 5178806 (N.D. Cal. Nov. 8, 2021).

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 26, 2022                          By:  /s/ *Ryan E. Dornberger*

                                                       Ryan E. Dornberger