# EXHIBIT 2

# DOCUMENT PRODUCED IN NATIVE FORMAT



Highly Confidential Information

DYNA_00218851



Case 4:20-cv-02123   Document 181-1   Filed on 04/26/22 in TXSD   Page 3 of 13

# SafeJet*
# Innovating for Efficiency

Thilo Scharf

**A Streamlined Organisation dedicated to Technology and Excellence in Execution**

Schlumberger

# Copyright Schlumberger 2011

An asterisk * throughout this presentation denotes a Mark of Schlumberger




A Streamlined Organization dedicated to Technology and Excellence in Execution

# Agenda

- Background
- Objectives
- SafeJet* Overview
- Key Benefits
- Assembly
- Applications
- Summary
- Q and A




A Streamlined Organization dedicated to Technology and Excellence in Execution

# Background

- Perforation engineering is a key element in a successful well stimulation

- Need for efficiency improvements for MultiStage Stimulations
    - Typically very time and hardware consuming
    - For an effective stimulation, each zone needs individual
        - Perforating
        - Stimulation
        - Isolation

SafeJet*




A Streamlined Organization dedicated to Technology and Excellence in Execution


# Objectives

- Improve wellsite and shop efficiencies
- Improve reliability
- Minimize failure modes
- Maintain high standard of Safety









A Streamlined Organization dedicated to Technology and Excellence in Execution



# SafeJet* Overview

- SafeJet* - a gun system that is transported fully assembled from the gun shop to the well location ready to run in hole.
  - Fully Addressable and RF Safe (up to 40 guns/ run)
  - 3 1/8" diameter
  - 4 SPF, 120º, range of charges
  - Adaptorless
  - 16" makeup length
  - 300 ºF - 15,000 PSI




A Streamlined Organization dedicated to Technology and Excellence in Execution


# Key Benefits

- Reliability
  - All wiring encased in plastic loading tube
  - Crimping of explosives and wiring eliminated
  - No requirement to open the carriers at location eliminating Environmental Hazards
  - Fully disposable

- Efficiency
  - Assembly time 6:1 advantage
  - Wellsite time - pickup and run in hole
  - User friendly - nothing to redress
  - Downhole redundancy



Pin connect
SafeJet board, (ASFS+Secure)
EFI cover
Detcord
Wire Channel
Loading Tube
Shaped Charge




A Streamlined Organization dedicated to Technology and Excellence in Execution

# Assembly








A Streamlined Organization dedicated to Technology and Excellence in Execution


# Applications

- Multistage frac
- Limited entry perforating
    - Hydraulic fracturing
    - Acid placement
    - Steam injection



Recent stimulation strategy for an Operator in the Norwegian sector called for 8 runs with up to 33 guns/run perforating. This was achieved without a single misrun also utilising Schlumbergers TuffTrac* setting a new world record for number of detonations in a single run.


A Streamlined Organization dedicated to Technology and Excellence in Execution


# In Summary

- Safest technology for preventing unintentional initiation
- Shorter selective guns
- Reduced Operational and Preparation times
- Fully expendable

=

- Greatly improved Efficiency and Reliability




A Streamlined Organization dedicated to Technology and Excellence in Execution


# Questions?





A Streamlined Organization dedicated to Technology and Excellence in Execution

