# EXHIBIT 11

# Dornberger, Ryan

| | |
|---|---|
| **From:** | Heard, Preston <Preston.Heard@wbd-us.com> |
| **Sent:** | Monday, February 28, 2022 2:53 PM |
| **To:** | Dornberger, Ryan; Baker, Charles; Boyd, Steve; jsaunders@arnold-iplaw.com; garnold@arnold-iplaw.com; cmckeon@arnold-iplaw.com; Nguyen, Daniel; Davison, Tucker |
| **Cc:** | Ney, Angela; Herman, Barry; Dupriest, Christine; Friedman, Ana; Perry, John; Giardina, Julie; Moyles, Lisa; Rockman, J; Megan Moore; Patent Docket; Sandra Dominguez |
| **Subject:** | DynaEnergetics v. Hunting Titan (4:20-cv-2123) - Document Production |

**\*\* External Email -- Sender: Preston.Heard@wbd-us.com \*\***

Counsel,

During the preparation of Thilo Scharf, it was learned that the "SafeJet 2011.ppt" presentation – which has been produced several times – came from a USB device in Mr. Scharf's possession. This device contains Power Point presentations compiled and distributed during Mr. Scharf's time at Schlumberger. Though none of the other presentations on the device are relevant to the issues presented in this case, out of an abundance of caution and to evidence the source of the "SafeJet 2011.ppt" presentation, we hereby produce the remaining contents of the device. One slide in DYNA_00219037 (at DYNA_00219071) discusses SafeJet, but is duplicative of a slide from the "SafeJet 2011.ppt" presentation.

The production bears Bates nos. DYNA_00218852 to DYNA_00219265 and can be accessed at the following link:

Link   :   https://download.wbd-us.com/bds/Login.do?id=A0574523375&p1=naj112ysbgifgdeeiglcfcigjk20

The password will follow by separate email.

Best regards,
Preston


**Preston Heard**
Partner
Womble Bond Dickinson (US) LLP

| | |
|---|---|
| **d:** 404-888-7366 | Atlantic Station |
| **m:** 202-280-8444 | 271 17th Street, NW |
| **e:** Preston.Heard@wbd-us.com | Suite 2400 |
| | Atlanta, GA 30363-1017 |



womblebonddickinson.com

  

1

2

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.