# COURTROOM MINUTES

CASE NO.  H-20-cv-2123

DynaEnergetics Europe GmbH    v.    Hunting Titan, Inc.

JUDGE SIM LAKE PRESIDING

COURTROOM CLERK        Sheila Anderson

COURT REPORTER        Nicole Forrest (A.M.); Kathleen Miller (P.M.)

LAW CLERK         Jane West        4th Day Jury Trial

Morning Session 8:30 / 11:45 A.M.    Afternoon Session 12:45 / 4:35 P.M.    Date: January 12, 2023

**APPEARANCES:**

Barry Herman, Preston Heard,    Plaintiff
Lisa Moyles, Christine Dupriest
Megan Moore

Charles Baker, Ryan Dornberger    Defendants
Jason Saunders, Chris McKeon

## DOCKET ENTRY/PROCEEDING

Defendant presents evidence.

## RULINGS:

Court's proposed jury charge and verdict form were provided to all counsel.

Jury charge conference will be held on Friday, January 13, 2023, at 11:00 a.m.

**ADJOURNED UNTIL: 8:30 A.M., Tuesday, January 17, 2023**