IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-20-2123 |
| HUNTING TITAN, INC., | § § § | |
| Defendant. | § | |

**VERDICT FORM**

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions that I have given you. Your answer(s) must be unanimous.

**QUESTION NO. 1:**

Did DynaEnergetics prove by a preponderance of the evidence that Hunting Titan directly infringes any of the following claims of the Patent-in-Suit?

Check YES or NO for each claim.

Claim 1        YES _____        NO ✓

Claim 4        YES _____        NO ✓

Claim 20       YES _____        NO ✓

1

**QUESTION NO. 2:**

Did DynaEnergetics prove by a preponderance of the evidence that Hunting Titan induced its customers to infringe any of the following claims of the Patent-in-Suit?

Answer YES or NO for each claim.

| Claim | YES | NO |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 4 | | ✓ |
| Claim 20 | | ✓ |

**QUESTION NO. 3:**

Did Hunting Titan prove by clear and convincing evidence that any of the following claims of the Patent-in-Suit are invalid because they are anticipated?

Check YES or NO for each claim.

| Claim | YES | NO |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 4 | | ✓ |
| Claim 20 | | ✓ |

**QUESTION NO. 4:**

Did Hunting Titan prove by clear and convincing evidence that any of the following claims of the Patent-in-Suit are invalid as being obvious to a person of ordinary skill in the art?

Check YES or NO for each claim.

Claim 1          YES _____        NO ✓_____

Claim 4          YES _____        NO ✓_____

Claim 20         YES _____        NO ✓_____

**QUESTION NO. 5:**

If you find that Hunting Titan infringed a valid claim, what sum of money, if paid today in cash, has DynaEnergetics proven by a preponderance of the evidence would compensate DynaEnergetics for Hunting Titan's infringement?

Answer in dollars and cents, if any.

$ ____⌀_____
         Lost Profits

$ ____⌀_____
        Reasonable Royalty

3

**QUESTION NO. 6:**

If you find that Hunting Titan infringed, has DynaEnergetics proven by a preponderance of the evidence that Hunting Titan's infringement was willful?

Check YES or NO.

YES _____   NO __✓__

__1/18/23__
Date

_____
Foreperson

4